PATRICK S. AGUIRRE, SBN 189103
LAW OFFICES OF PATRICK S. AGUIRRE & ASSOCIATES, A PLC
1107 R.ST
Fresno, CA 93721
Telephone: (562) 904-4337
Facsimile: (562) 683-2180

Attorney for Defendant ,
Jorge Perez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE PEREZ,<br><br>Defendant | Case No.:  24-CR-00055-JLT-10<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF PATRICK S. AGUIRRE AS ATTORNEY OF RECORD AND [P̶R̶O̶P̶O̶S̶E̶D̶ ORDER]** |
|---|---|

On March 22nd 2024, Defendant Jorge Perez was indicted on federal charges.  CJA Panel Attorney Patrick Aguirre was appointed as trial counsel to represent Mr. Perez on March 20th 2024 in his criminal case.  Mr. Perez was sentenced pursuant to a plea agreement on July 28th, 2025.  No direct appeal was filed. The trial phase of Mr. Perez's criminal case has, therefore, come to an end. Having completed his representation of Mr. Perez, CJA attorney Patrick Aguirre now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Perez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

MOTION TO TERMINATE CJA APPOINTMENT OF PATRICK S. AGUIRRE AS ATTORNEY OF RECORD AND [P̶R̶O̶P̶O̶S̶E̶D̶ ORDER] - 1

Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 07/29/2025                                   Respectfully submitted,

                                                    /s/ *Patrick Aguirre*

                                                    Patrick Aguirre, Attorney
                                                    for Defendant, JORGE PEREZ

## [~~PROPOSED~~] ORDER

Having reviewed the notice and found that attorney Patrick Aguirre has completed the services for which he was appointed, the Court hereby grants attorney Patrick Aguirre's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Jorge Perez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

12908 Avenue 419, Orosi, CA 93647-1905

MOTION TO TERMINATE CJA APPOINTMENT OF PATRICK S. AGUIRRE AS ATTORNEY OF RECORD AND [~~PROPOSED~~ ORDER] - 2

**IT IS SO ORDERED**

Dated: July 30, 2025

UNITED STATES DISTRICT JUDGE